6            DISTRICT COURT OF GUAM

7              TERRITORY OF GUAM

8

9    SHANNON H. SELEEN,              CIVIL CASE NO. 09-00010

10              Plaintiff,

11        vs.

12    DEPARTMENT OF EDUCATION,        **ORDER and**
                                **NOTICE OF RECEIPT OF EMAILS**
13              Defendant.            **AND FACSIMILES**

14

15        In the interest of full and complete disclosure, the court issues the following Order and

16   notice.

17        On September 15, 2009, the court issued an Order to Show Cause and directed the

18   Plaintiff to file her response no later than October 16, 2009.

19        On September 16, 2009, the law clerk to the below-signed judge received an email from

20   the Plaintiff's counsel containing two attachments. *See* Attachment 1 hereto. The two email

21   attachments consisted of a Relocation Letter and a Proposed Scheduling Order and Discovery

22   Plan. Counsel also telephoned my law clerk that morning and was advised that the court had

23   issued an Order to Show Cause in the case, a copy of which was electronically served upon him

24   via email. No further discussion occurred.

25        Later that evening, at approximately 9:23 p.m., the Plaintiff's counsel sent a second

26   email with one attachment to the below-signed judge's law clerk. *See* Attachment 2 hereto.

27   The email attachment purported to be counsel's response to the Order to Show Cause.

28        The following day, on September 17, 2009, the court received a facsimile, appended

1  hereto as Attachment 3, from the Plaintiff's counsel. The facsimile contained a different version

2  of what appeared to be counsel's response to the Order to Show Cause.

3         On September 18, 2009, another facsimile was received by the court from the Plaintiff's

4  counsel. The facsimile included what appears to be the Plaintiff's reply to the Motion to

5  Dismiss filed by the Defendant.

6         Pursuant to Rule GR 5.1 of the Local Rules of Practice for the District Court of Guam,

7  only papers containing an original signature shall be accepted for filing. "No facsimile filings

8  shall be accepted as the original for filing unless the party seeking to file by facsimile has

9  secured the permission of the Court to file by facsimile by motion to the Court." Local

10 Rule 5.1(a). In this case, the Plaintiff's counsel never sought permission from the court to file

11 his documents via facsimile, email or other electronic means. Thus, none of the pleadings faxed

12 or emailed (and appended hereto) may be considered as having been officially filed with the

13 court until approval for such filing has been sought and granted by the court. If counsel's goal

14 was to file said pleadings electronically, then counsel should have consulted the court's

15 Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil

16 and Criminal Documents, which is available on the court's website. Counsel has not been

17 authorized to file pleadings electronically because he has not satisfactorily completed the

18 necessary training program as a qualification for issuance of a password for use in the court's

19 "live" database.

20        Accordingly, no pleading shall be deemed "filed" until the original hard copy is received

21 for filing at the Clerk's Office, unless the Plaintiff's counsel receives authorization to file

22 pleadings electronically or the court has granted a motion to permit the filing of documents via

23 facsimile or other means. The court admonishes counsel to refrain from further *ex parte*

24 communications with the court. Future violations may result in the imposition of appropriate

25 sanctions.

26        IT IS SO ORDERED.                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                                              **U.S. Magistrate Judge**
27                                                        **Dated: Sep 18, 2009**

28

- 2 -


Dear Judith:

There is a Scheduling conference scheduled for Thursday at 10:30 am. I have submitted the proposed scheduling order to the Guam AG's office for their approval and signature. Attached is a copy for your information.
Ron Moroni said he would be glad to cover the Scheduling Conference for me but I believe it is Judge Manibusan's requirement that he be in for a pound if he is in for a penny. So I will call you this morning to see about doing it by teleconference.
Attached also is the letter I originally sent out in late July/early August regarding my change of address starting in late August.  Hawaii Telecom finally got my telephone/internet connected the end of last week.   Please pass the updated information on the Clerk's Office. I will send them a letter also.

The updated information is:

Mailing Address:
PO Box 2794, Wailuku, HI 96793
Home Phone: (808) 572-9473
Cell: (808) 269-4653

Thanks,

Lewis Littlepage

This e-mail and any attachments contain information from the law firm
of Littlepage & Associates, P.C. and are intended solely for
the use of the named recipients or recipients. This e-mail may contain
privileged attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an intended recipient
is strictly prohibited. If you are not the named recipient, you are
prohibited from any further viewing of the e-mail or any attachments or
from making any use of the e-mail or attachments. If you believe you
have received this e-mail in error, notify the sender immediately and
permanently delete the e-mail, any attachments, and all copies thereof
from any drives or storage media and destroy any printouts of the
e-mails or attachments.

    
Relocation Letter.doc   Scheduling Order and Discovery Plan.doc

ATTACHMENT 1

# LITTLEPAGE & ASSOCIATES, P.C.

396 W. O'Brien Drive
Chode Building
Hagåtña, Guam 96910

TELEPHONE: (671) 475-1111
TELECOPIER: (671) 475-1112
E-mail address: lewis@littlepagelawfirm.com

July 29, 2009

TO:   JUSTICES, Supreme Court of Guam
      JUDGES, Superior Court of Guam
      CHIEF JUDGE, District Court of Guam
      CLERK OF COURT, Supreme Court of Guam
      CLERK OF COURT, Superior Court of Guam
      CLERK OF COURT, District  Court of Guam
      ALL PRACTICING ATTORNEYS
      Office of the Attorney General of Guam
      Public Defender Service Corporation
      Alternate Public Defender

RE:   **Notice of Office Closing**

Please be advised that I have accepted a position at the Maui Prosecutor's Office and am closing my office as of August 14, 2009. From August 14, 2009 through August 25th, 2009 you may reach me at (671) 689-2310 or (671) 689-4939.  Service may be arranged for any cases of which I am still counsel of record by telephoning me at one of the above numbers.

If any attorney is interested in leasing the office at 396 W. O'Brien Drive, inquires can be made through this office.

After August 25th, I can be reached at the following address:

      Lewis W. Littlepage
      P.O. Box 2794
      Wailuku, HI 96793-7794
      E-Mail: guamlawyer@yahoo.com or lewis@littlepagelawfirm.com

Hawaii telephone and fax numbers will be provided as soon as available. Thank you for your courtesy in this regard.

Sincerely,

Lewis W. Littlepage

Lewis Ward Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Chode Building
Hagatna, Guam 96910
Tel: (671) 475-1111
Fax: (671) 475-1112
E-Mail: lewis@littlepagelawfirm.com
*Attorney for Ms. Shannon H. Seleen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| **SHANNON H. SELEEN**, | ) **Civil Case No. 09-00010** |
| Plaintiff, | ) |
| | ) (PROPOSED) |
| vs. | ) |
| | ) **SCHEDULING ORDER AND** |
| **GUAM PUBLIC SCHOOL SYSTEM,** | ) **DISCOVERY PLAN** |
| **GOVERNMENT OF GUAM**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rules 16 and 26(f) of the Federal Rules of
Civil Procedure, and Local Rule 16.1 for the District Court of
Guam, the parties hereby submit the following Scheduling Order
and Discovery Plan:

1. **Nature of the Case.** Plaintiff is suing the Guam Public
School System for violation of Title VII of the Civil

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order

- 1 -

Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 5 of 23

Rights ct of 1964 and the Civil Rights Act of 1961, for
employment discrimination.  Ms. Seleen also seeks to
enforce Section 504 of the Rehabilitation Act of 1973,
Public Law 93-112 Section 504, 29 U.S.C. § 794.

2.  **Posture of the Case.**

    (a) Plaintiff has filed a Motion to Dismiss.

    (b) The following motions have been resolved: **None to date.**

    (c) The following discovery has been initiated: None

3.  **Motions to Amend**.  All motions to amend the pleadings
shall be filed on or before **Friday, October 30, 2009.**

4.  **Motions to Add Parties**: All motions to add parties
shall be filed on or before **Friday, October 30, 2009.**

5. **Discovery Plan**.  The following is the description and
schedule of all pretrial discovery each party intends to
initiate prior to the close of discovery:

(a).  **Initial Disclosures**:  The times for disclosures under
Rules 26(a) and 26(e) of the Federal Rules of Civil procedure
are modified as follows:

    26(a)(1) - within 30 days from the date of this order.

(b).  **Depositions**: Depositions are still to be scheduled.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order

- 2 -

Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 6 of 23

(c).  **Written Discovery:** Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure.  If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

(d).  **Discovery Cutoff.**  The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday April 30, 2010.**

(e).  **Expert Discovery:**

    1.  The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made by Plaintiff not later than **Friday, October 30, 2009.**

    2. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made by Defendant not later than **Friday, November 27, 2009.**

    3.  Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **Friday, January 15, 2010.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order
- 3 -

Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 7 of 23

4.  The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Friday, February 26, 2010.**

6. **Motions**.

(a) The anticipated discovery motions are: **None are anticipated at this time.**

All discovery motions shall be filed on or before **Friday, March 26, 2010.**

(b) The anticipated dispositive motions are: **Unknown at this time**.

All dispositive motions shall be filed on or before **Friday April 16, 2010.**

7. **Settlement**.  The prospects for settlement are unknown.

8. **Preliminary Pretrial Conference.**  The preliminary pretrial conference shall be held on **Monday, May 10, 2010 at** _____ **a.m.**

9. **Pretrial Filings**.  The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Monday, May 24, 2010.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order
- 4 -
Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 8 of 23

10. **Pretrial Order**.  The proposed pretrial order shall be filed on or before **Monday, May 24, 2010**.

11. **Final Pretrial Conference**.  The final pretrial conference shall be held on **Monday, June 7, 2010 at _____ a.m.**

12. **Trial**.  Trial shall commence on **Monday, June 14, 2010 at _____ a.m.**

13. **Jury.**  This is a Jury Trial.

14. **Anticipated Trial Time.**  It is anticipated that it will take approximately 4 to 5 days to try this case.

15. **Identity of Counsel**.  The counsel involved in this case are:

        Lewis W. Littlepage
        P.O. Box 2794
        Wailuku, HI 96793
        (808) 572-9473

        David Highsmith - Assistant Attorney General for the
        U.S. Territory of Guam.
        Guam Attorney General's Office
        287 W. O'Brien Drive
        Hagatna, GU 96910

16. **Settlement Conference**: The parties do wish to submit this case to a settlement conference.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order
                                    - 5 -

Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 9 of 23

1    17.  **Suggestions for Shortening Trial**.  The parties will

2    explore stipulations as to undisputed facts.

3

4

5    18.  **Case Management Issues**:

6

7    DATED this _____ day of September, 2009.

8

9

10

11

12                          JOAQUIN V.  E.  MANIBUSAN, JR.
                            U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order

- 6 -

APPROVED AS TO FORM AND CONTENT


_____          _____
Lewis W. Littlepage, Esq.                   David Highsmith, Esq.
Attorney for Plaintiff                      Assistant Attorney General
                                            U.S. Territory of Guam


Date:  9/13/2009                           Date:  9/14/2009

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case 09-00010
Proposed Scheduling Order
                                - 7 -
Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 11 of 23



**Re: Civil 09-00010, Seleen v. GPSS**

Lewis Littlepage    to: Francine_Diaz, Judith Hattori                                          09/16/2009 09:23 PM

History:           This message has been forwarded.

I have attempted electronic filing but, alas, to no avail.  Attached is my reply to the Order to Show Cause received this morning.  A faxed copy will be sent and the hard copy via express mail.

Lewis Littlepage

This e-mail and any attachments contain information from the law firm
of Littlepage & Associates, P.C. and are intended solely for
the use of the named recipients or recipients. This e-mail may contain
privileged attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an intened recipient
is stritly prohibited. If you are not the named recipient, you are
prohibited from any further viewing of the e-mail or any attachments or
from making any use of the e-mail or attachments. If you believe you
have received this e-mail in error, notify the sender immediately and
permanently delete the e-mail, any attachments, and all copies thereof
from any drives or storage media and destroy any printputs of the
e-mails or attachments


Reply OSC.doc

ATTACHMENT  2

Lewis Ward Littlepage
PO Box 2794
Wailuku, HI 96793
Tel: (808) 592-9473
E-Mail: lewis@littlepagelawfirm.com
*Attorney for Ms. Shannon H. Seleen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | | |
|---|---|---|
| **SHANNON H. SELEEN**, | ) | Civil Case No.  09-00010 |
| | ) | |
| Plaintiff, | ) | **REPLY TO ORDER TO SHOW CAUSE** |
| | ) | |
| vs. | ) | |
| | ) | |
| **GUAM PUBLIC SCHOOL SYSTEM,** | ) | |
| **GOVERNMENT OF GUAM**, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now Lewis W. Littlepage and does submit this reply to the Order to Show Cause.  Attorney Littlepage states that, prior to the Defendant's Motion to Dismiss, he had provided the Defendant and the Court with notice that his office would be closing.  A copy of the Notice is attached as Exhibit 1.  Attorney Littlepage expected to have better access to internet and research during the time he was moving but that expectation did not come to pass.

As a result of the move, Plaintiff's counsel lost internet and research capability far sooner than he expected.  The client file in this case was improperly packed to be shipped rather than hand-carried.  Plaintiff's counsel should have requested an extension from Defendant, who has been most gracious in these matters in the past, on the Motion to Dismiss but failed to do

so as a result of the necessity and pressures of a quick move. When Plaintiff finally regained internet access on September 10, 2009, Plaintiff contacted Defendant's counsel via e-mail and has forwarded on to him a proposed Scheduling Order and Discovery Plan.

Plaintiff's counsel requests that because of his move, which Defendant was aware of prior to filing his Motion to Dismiss, that Plaintiff be allowed until Friday, September 18, 2009, to file his Rely to the Motion to Dismiss. Defendant is not prejudiced by this delay and the case should be decided on the merits.

Plaintiff's counsel accepts responsibility and requests that any sanctions be directed at him and not at the Plaintiff as this is a matter of enforcing federal law.

Respectfully Submitted this 15th day of September, 2009.

Lewis W. Littlepage

# LITTLEPAGE & ASSOCIATES, P.C.

396 W. O'Brien Drive
Chode Building
Hagåtña, Guam 96910

TELEPHONE: (671) 475-1111
TELECOPIER: (671) 475-1112
E-mail address: lewis@littlepagelawfirm.com

July 29, 2009

TO:    JUSTICES, Supreme Court of Guam
        JUDGES, Superior Court of Guam
        CHIEF JUDGE, District Court of Guam
        CLERK OF COURT, Supreme Court of Guam
        CLERK OF COURT, Superior Court of Guam
        CLERK OF COURT, District  Court of Guam
        ALL PRACTICING ATTORNEYS
        Office of the Attorney General of Guam
        Public Defender Service Corporation
        Alternate Public Defender

RE:    **<u>Notice of Office Closing</u>**

        Please be advised that I have accepted a position at the Maui Prosecutor's Office and am closing my office as of August 14, 2009. From August 14, 2009 through August 25th, 2009 you may reach me at (671) 689-2310 or (671) 689-4939.  Service may be arranged for any cases of which I am still counsel of record by telephoning me at one of the above numbers.

        If any attorney is interested in leasing the office at 396 W. O'Brien Drive, inquires can be made through this office.

        After August 25th, I can be reached at the following address:

        Lewis W. Littlepage
        P.O. Box 2794
        Wailuku, HI 96793-7794
        E-Mail: guamlawyer@yahoo.com or lewis@littlepagelawfirm.com

        Hawaii telephone and fax numbers will be provided as soon as available. Thank you for your courtesy in this regard.

                Sincerely,


                Lewis W. Littlepage

## BUSINESS ETC.

2020 MAIN STREET
WAILUKU, HI. 96793
808.242.8200 PHONE
808.242.8288 FAX

## FAX COVER SHEET

U.S. District Court Guam

TO: 671-473-9118                    FROM: Lewis Littlepage

FAX: 671-473-9152                   # OF PAGES:
                                    (INCLUDING COVER SHEET)    4

PHONE: 671-472-2493                 DATE:

RE:                                 CC:

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

☐ PER YOUR REQUEST

Initially provided By E-mail yesterday after
E-Filing Failed. A check of the File when
printing For Fax showed File to be Correct.
Resubmitted By Fax with hard copy to File
via U.S. Express mail



RECEIVED
SEP 17 2009
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ATTACHMENT 3

1  Lewis Ward Littlepage
2  Po Box 2974
   Wailuku, HI 96793
3  Tel: (808) 592-9473
   E-Mail: lewis@littlepagelawfirm.com
4  *Attorney for Ms. Shannon H. Seleen*
5
6
7
8            **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF GUAM**
9
10
   **SHANNON H. SELEEN**,            )   Civil Case No. 09-00010
11                                    )
                   Plaintiff,         )   **REPLY TO ORDER TO SHOW CAUSE**
12                                    )
           vs.                        )
13                                    )
   **GUAM PUBLIC SCHOOL SYSTEM**,     )
14                                    )
   **GOVERNMENT OF GUAM**,            )
15                                    )
                                      )
16             Defendant.             )
17 _____)

18         Comes now attorney Lewis W. Littlepage of Littlepage and does provide
19  this Reply to the Order to Show Cause. Attorney Littlepage was moving. Prior
20  to the Defendant filing his Motion to Dismiss, attorney Littlepage informed the
21  Defendant and the Court that he would be moving and be unavailable for a
22  period. A copy of the letter which was provided to the Defendant is attached as
23  Exhibit 1. Attorney Littlepage expected to have better access to the internet
24  and to research during his move that what actually occurred. As a result of
25  the move, Plaintiff's file was improperly packed to be shipped on the container
26  rather than hand-carried, a fact that was not discovered until arriving in
27  Hawaii. With the closing of the office and the move, attorney Littlepage lost
28  internet access and it was not reestablished in Hawaii until September 10,

1  2009.   When  internet  access  was  re-established,  attorney  Littlepage

2  immediately provided a Scheduling and Discovery plan to the Defendant.

3       Because Defendant knew when it filed its Motion to Dismiss that Plaintiff

4  was in the middle of a move and would not be able to respond timely, the Court

5  should not unjustly sanction the Plaintiff.  Any actions of the Court should be

6  directed  at  this  attorney  who  should  have  requested  additional  time  for  a

7  response  to  the  Motion  to  Dismiss  based  on  his  move  but  failed  to  do  so

8  because of the stress of the required quick move.

9       Attorney Littlepage requests that any sanctions of the Court be directed

10 at him and not at the Plaintiff.  This case is a matter of federal law and should

11 be  decided  on  the  merits.   Plaintiff  requests  until  September  18,  2009  to

   respond to Defendant's Motion to Dismiss.

13      Respectfully submitted this 15th day of September, 2009.

16      By:  _____

17           Lewis W. Littlepage, Esq.

19             CERTIFICATE OF SERVICE

20      Initially provided to the District Court by E-mail on September 15, 2009,
   after being unsuccessful at e-filing.  Attempted to print copies for faxing and
21 the file was corrupt.  Document rewritten and now provide to the Guam
   District Court and the Guam Attorney General's Office via Fax with hard copy
22 to follow by U.S. Express Mail.

           Lewis W. Littlepage

# LITTLEPAGE & ASSOCIATES, P.C.

396 W. O'Brien Drive
Chode Building
Hagåtña, Guam 96910

TELEPHONE: (671) 475-1111
TELECOPIER: (671) 475-1112
E-mail address: lewis@littlepagelawfirm.com

July 29, 2009

TO:   JUSTICES, Supreme Court of Guam
      JUDGES, Superior Court of Guam
      CHIEF JUDGE, District Court of Guam
      CLERK OF COURT, Supreme Court of Guam
      CLERK OF COURT, Superior Court of Guam
      CLERK OF COURT, District Court of Guam
      ALL PRACTICING ATTORNEYS
      Office of the Attorney General of Guam
      Public Defender Service Corporation
      Alternate Public Defender

RE:   **Notice of Office Closing**

Please be advised that I have accepted a position at the Maui Prosecutor's Office and am closing my office as of August 14, 2009. From August 14, 2009 through August 25th, 2009 you may reach me at (671) 689-2310 or (671) 689-4939. Service may be arranged for any cases of which I am still counsel of record by telephoning me at one of the above numbers.

If any attorney is interested in leasing the office at 396 W. O'Brien Drive, inquires can be made through this office.

After August 25th, I can be reached at the following address:

        Lewis W. Littlepage
        P.O. Box 2794
        Wailuku, HI 96793-7794
        E-Mail: guamlawyer@yahoo.com or lewis@littlepagelawfirm.com

Hawaii telephone and fax numbers will be provided as soon as available. Thank you for your courtesy in this regard.

                                        Sincerely,


                                        Lewis W. Littlepage

# FedEx Kinko's
Office and Print Center

# Fax Cover Sheet

Date ___9/17/09___

Number of pages __4__ (including cover page)

## To:

Name _Guam District Court_

Company _____

Telephone _671- 473-9152_

Fax _____

Comments _Hard Copy to Follow._

## From:

Name _Lewis Littlepage_

Company _____

Telephone _____


Fax - Local Send


Fax - Domestic Send


DOMESTIC Send Add'l Pages


Fax - International Send

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2006 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. 1n05.105 U08

RECEIVED
SEP 18 2009
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ATTACHMENT 4

1     Lewis Ward Littlepage
2     PO Box 2794
      Wailuku, HI 96793
3     Tel: (808) 572-9473
      E-Mail: lewis@littlepagelawfirm.com
4     *Attorney for Ms. Shannon H. Seleen*

5

6

7

8

9

10                **UNITED STATES DISTRICT COURT**
11                     **DISTRICT OF GUAM**

12

13     **SHANNON H. SELEEN,**         )    Civil Case No.  09-00010

14           Plaintiff,           )
                          )    **PLAINTIFF'S REPLY TO**
15          vs.              )    **DEFENDANT'S MOTION TO**
                          )    **DISMISS FOR INSUFFICIENCY OF**
16     **GUAM PUBLIC SCHOOL SYSTEM,**   )    **PROCESS AND SERVICE**
    **GOVERNMENT OF GUAM,**         )
17                           )
          Defendant.         )
18                          )

19

20

21       Rule 5(a)(1) of the Federal Rules of Civil Procedure states that service

22 must be on the "party" unless the rules allow otherwise. Plaintiff complied with

23 Rule 5(a)(1) and properly served the Defendant in this case.  There is no

24 exception in the Federal Rules for serving the Attorney General's Office when it

25 is not know if that agency will be representing the Defendant.  Only after it is

26 made known to a party that an attorney is representing the opposing party may

27

28

Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case No. 09-00010_____

Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 21 of 23
- 1 -

1  service be made on the attorney.  See Rule 5(b)(2) of the Federal Rules of Civil

2  Procedure.

3

4      In this case it was not known if the Guam Attorney General's Office

5  would be representing the Guam Public School System as the Guam Code

6  allows for the Guam Public School System to retain its own attorney.

7      **17 G.C.A. § 3109. Attorney for the Guam Public School**

8      **System.**
   The Superintendent may employ an attorney(s) to assist and

9      represent it in all matters that concern the GPSS.

10

11     In addition, because Guam Code requires the Guam Attorney

12  General's Office to assist the Guam Public School System in all litigation

13  in which GPSS has an interest (17 G.C.A. § 3110), service on the Guam

14  Public School System automatically includes the Guam Attorney

15  General's Office.  Defendant cannot claim he is without knowledge of the

16  Complaint.  The Attorney General's Office and the Territory of Guam

17

18  have suffered no prejudice because it was served on the named party,

19  which the Guam Attorney General's Office is required to assist by

20  statute.

21

22     Defendant's arguments regarding service under the Guam Rules of

23  Civil Procedure are not applicable when service can be and was

24  accomplished as required in the Federal Rules of Civil Procedure.

25

26     Defendant cites to Rule 4(j)(2) of the Federal Rules of Civil Procedure.

27  This is not applicable as it deals with States and municipal corporations.  Even

28  if it did apply, Plaintiff has complied because service on the Guam Public

--------------------------------------------------------------------------

Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case No. 09-00010_____

1 School System automatically includes service upon the Guam Attorney
2 General's Office pursuant to 17 G.C.A. § 3110.  Therefore Plaintiff properly
3
4 complied with the service on Defendant in this case.

5       Plaintiff respectfully requests that the Court deny the Plaintiff's Motion
6 and allow this case to proceed in a timely manner.

7       Respectfully submitted this 17th day of September, 2009.
8

9
                              LITTLEPAGE & ASSOCIATES, P.C.
10

11

12
                          By
13
                             Lewis W. Littlepage, Esq.
14                           Attorney for Ms. Shannon H. Seleen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shannon H. Seleen vs. Guam Public School System, Government of Guam
Civil Case No. 09-00010
        Case 1:09-cv-00010    Document 9    Filed 09/18/2009    Page 23 of 23
                              - 3 -