1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**
7

8 **SHANNON H. SELEEN**,                                    Civil Case No.  09-00010

9                Plaintiff,

10        vs.                                                          **ORDER RE: POSSIBLE DISMISSAL**

11 **GUAM PUBLIC SCHOOL SYSTEM,**
**GOVERNMENT OF GUAM,**
12
13              Defendant.

14

15          Before the court is the "Motion to Dismiss for Insufficiency of Process and Service of

16 Process and Memorandum in Support," filed by Defendant GOVERNMENT OF GUAM.  *See*

17 Docket No. 6 ("the Motion").  Defendant filed the Motion on August 10, 2009. *See id*.  Plaintiff

18 SHANNON H. SELEEN has not yet filed an opposition. *See* Docket No. 9.

19          Also, on September 15, 2009, United States Magistrate Judge Joaquin V.E. Manibusan,

20 Jr., entered an "Order to Show Cause" ("the OSC") in this case, which ordered Plaintiff to

21 "explain her failure to file a timely response to the motion to dismiss and submit a proposed

22 scheduling order and discovery plan by September 9, 2009, as directed."  Docket No. 8 at 2:3-5.

23 Plaintiff has not yet responded to the OSC. *See* Docket No. 9.

24          Accordingly, the court will dismiss this matter without prejudice at 3 p.m. on Friday,

25 March 12, 2010, unless Plaintiff opposes the Motion, responds to the OSC, and explains her

26 inaction in this case before then.

27          **SO ORDERED**.

28                                         **/s/ Frances M. Tydingco-Gatewood**
                                              **Chief Judge**
                                              **Dated: Feb 26, 2010**