# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| **SHANNON H. SELEEN**, | Civil Case No. 09-00010 |
| Plaintiff, | |
| vs. | **ORDER RE: DISMISSAL** |
| **GUAM PUBLIC SCHOOL SYSTEM, GOVERNMENT OF GUAM,** | |
| Defendant. | |

Plaintiff has failed to respond to the court's "Order re: Possible Dismissal." *See* Docket No. 12. Accordingly, pursuant to the terms of that Order, as well as Local Civil Rule LR 7.1(f), this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Mar 25, 2010**