**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| SHANNON H. SELEEN, | CIVIL CASE NO. 09-00010 |
| Plaintiff, | |
| vs. | |
| GUAM PUBLIC SCHOOL SYSTEM AND GOVERNMENT OF GUAM, | |
| Defendant. | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**ORDER RE: DISMISSAL**
**signed on March 25, 2010**
**Date of Entry: March 25, 2010**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: March 25, 2010                        Clerk of Court

                                            **/s/ Jeanne G. Quinata**